Grover A. Perrigue III  #067114
A Law Corporation
221 East Walnut Street, Suite 155
Pasadena, California  91101-1554
Phone No.: (626) 449-1732; Fax No.: (626) 564-0817

Lead Counsel:
Lawrence J. Roberts Fl. Bar No. 343218
Lawrence J. Roberts & Associates, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: 305-441-7882; Fax: 305-441-7883

Attorneys for Defendant Estes Express Lines

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation,**<br><br>         Plaintiff,<br><br>v.<br><br>**ESTES EXPRESS LINES, a corporation, and DOES ONE through FIFTEEN,**<br><br>         Defendants.<br>_____ | CASE NO: C 12-5643 EDL<br><br>**ORDER GRANTING ESTES EXPRESS LINES' UNOPPOSED MOTION TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |

THIS CAUSE having come before the Court upon Defendant's Unopposed Motion to Appear at Case Management Conference by Telephone, and the Court having reviewed the motion and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED:

Defendant's motion to appear at Case Management Conference by telephone is hereby granted.  Florida counsel for defendant shall initiate a telephone call to this Court on January 30, 2013, at 10:00 a.m., Pacific Standard Time, to participate in the Case Management Conference on behalf of Defendant Estes Express Lines.

1       DONE AND ORDERED in Chambers at San Francisco, California this <u>10th</u> day of

2 <u>January</u>, 2013.

                                                  */s/ Elizabeth D. Laporte*
                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge